UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

EDWARD REARDON,

                                          Plaintiff,

- against -

THE CITY OF NEW YORK,

                                          Defendant.

------------------------------------------------------------------- x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

20 Civ. 4290 (NGG)(CLP)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice and without costs, expenses or fees of any kind to either party.

Dated:     Merrick , New York
           April 19, 2021

**BELL LAW GROUP PLLC**
Attorneys for Plaintiff
100 Quentin Roosevelt Blvd., Suite 208
Garden City, New York 11530
(516) 280-3008
paul@belllg.com

By: _Paul Bartels_
      Paul Bartels, Esq.

**JAMES E. JOHNSON**
Corporation Counsel of the
  City of New York
Attorney for Defendant
100 Church Street, Room 2-102
New York, New York 10007-2601
(212) 356-2435
lawillia@law.nyc.gov

By: _[signature]_
      Laura C. Williams
      Assistant Corporation Counsel

So Ordered
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: April 20, 2021